**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Austin James Osborne,

Plaintiff(s),

v.

Barry Minkow,

Defendant(s).

Case No. 2:26-cv-02695-JAD-NJK

**ORDER**

This case was transferred from the District of Idaho. While pending there, Defendant filed an answer, Docket No. 20, and a motion to dismiss for lack of personal jurisdiction, Docket No. 9. In this District, the requirement to file a joint discovery plan is triggered by a Defendant filing an answer or other first appearance. Local Rule 26-1(a).[1] Accordingly, the parties must engage in a Rule 26(f) conference by October 16, 2026, and they must file a joint discovery plan by October 30, 2026.

IT IS SO ORDERED.

Dated: October 2, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] Defendant is proceeding *pro se* and has indicated that he has not filed an answer, Docket No. 45 at 2, despite the answer in the record at Docket No. 20. The Court need not wade into that issue for requiring a joint discovery plan because one would also be required based on the filing of a motion to dismiss.