**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Austin James Osborne,

Plaintiff(s),

v.

Barry Minkow,

Defendant(s).

Case No. 2:26-cv-02695-JAD-NJK

**ORDER**

The parties have violated the order to file a joint discovery plan by October 30, 2026. Docket No. 26. The parties must file a joint discovery plan by November 16, 2026. **Failure to comply with this order may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: November 2, 2026

Nancy J. Koppe
United States Magistrate Judge