JARED M. SECHRIST
Nevada Bar No. 10439
Email: Jsechrist@watttieder.com
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, NV 89128
Tel: (702) 867-6051

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AUSTIN JAMES OSBORNE, an individual;<br>Plaintiff,<br>-vs-<br>BARRY MINKOW, an individual,<br>Defendant. | Case No. 2:26-cv-02695-JAD-NJK<br>**STIPULATION TO DISMISS WITH PREJUDICE**<br>ECF No. 50 |

Plaintiff Austin J. Osborne ("Plaintiff") by and through his attorneys of record, Watt, Tieder, Hoffar & Fitzgerald, L.L.P., and Defendant Barry Minkow ("Defendant") hereby stipulate and agree that this case be dismissed with prejudice pursuant to Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties will bear their own attorney fees and costs.

DATED: November 11, 2026

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

[signature]

JARED M. SECHRIST
Nevada Bar No. 10439
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, NV 89128
*Attorneys for Plaintiff*

DATED: October _____, 2026

eSigned by:
Barry Minkow
10/30/2026 @ 16:03 PDT

BARRY MINKOW
*Defendant, pro se*

**ORDER**

Based on the parties' stipulation [ECF No. 50] and good cause appearing, IT IS ORDERED that THIS ACTION IS **DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_______________________________
U.S. District Judge Jennifer A. Dorsey
Dated: November 13, 2026